UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| FRANKLIN COUNTY, KENTUCKY, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3: 08-44-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HARTFORD CASUALTY INSURANCE COMPANY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Amended Memorandum Opinion and Order entered herewith, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. This matter is **DISMISSED** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

2. The claims asserted in this action by Plaintiff Franklin County, Kentucky, against Defendants Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Life & Accident Insurance Company, Hartford Underwriters Insurance Company, and Property & Casualty Insurance Company of Hartford are **DISMISSED**, without prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

This 16th day of December, 2008.

